**Order filed April 16, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00540-CV
_____

### FELIX P. BABAUTA, Appellant

### V.

### DEBRA V. JENNINGS AND RALPAHELL V. WILKINS, Appellees

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-23475**

---

## REINSTATEMENT ORDER

This court abated this appeal on October 10, 2017 in order to allow the trial court to hold a hearing to make a determination regarding the alleged inaccuracy in the reporter's record. On June 8, 2018 the trial court held a hearing to determine whether the reporter's record contains inaccuracies. On June 28, 2018 the trial court signed an order finding the record to be accurate. This order is not a part of our record.

The County Clerk of Harris County is directed to file a supplemental clerk's record on or before **April 30, 2019**, containing the trial court's order signed on June 28, 2018.

PER CURIAM